**Order filed February 23, 2012.**



In The

# Fourteenth Court of Appeals

———————

NO.  14-11-00515-CV
NO.  14-11-00548-CV

———————

**CITIBANK (SOUTH DAKOTA), N.A., Appellant**

**V.**

**L.T. BRADT, Appellee**

**On Appeal from the 387th District Court
Fort Bend County, Texas
Trial Court Cause No. 06-DCV-148751**

## O R D E R

Appellant's brief was due February 10, 2012.  No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **March 23, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM